DEAKINS v. C. & J. COMMERCIAL DRIVEAWAY.

This case is controlled by *Klettke* v. *C. & J. Commercial Driveaway, ante,* 454.

Certiorari to Department of Labor and Industry. Submitted April 15, 1930. (Docket No. 126, Calendar No. 34,775.) Decided June 2, 1930.

Lester Deakins presented his claim for compensation against the C. & J. Commercial Driveaway,

Inc., and the Columbia Casualty Company, insurer, for accidental injuries. From an order awarding compensation, defendants bring certiorari. Affirmed.

*Partlow & Metz,* for plaintiff.

*Bishop & Weaver,* for defendants.

WIEST, C. J. This case involves similar employment and the same accident and circumstances set forth in *Klettke* v. *C. & J. Commercial Driveaway, ante,* 454, and all legal points involved are covered in, and controlled by, the opinion in that case.

The award is affirmed, with costs to plaintiff.

BUTZEL, CLARK, MCDONALD, POTTER, SHARPE, NORTH, and FEAD, JJ., concurred.